UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHIGAN LABORERS' PENSION FUND, TRUSTEES OF; MICHIGAN LABORERS' HEALTH CARE FUND, TRUSTEES OF; MICHIGAN LABORERS' VACATION FUND, TRUSTEES OF; MICHIGAN LABORERS' TRAINING & APPRENTICESHIP FUND, TRUSTEES OF; MICHIGAN LABORERS' ANNUITY FUND, TRUSTEES OF; MICHIGAN LABORERS' AND EMPLOYERS' COOPERATION AND EDUCATION TRUST FUND, TRUSTEES OF; MICHIGAN LABORERS' DISTRICT COUNCIL OF THE LABORERS' INTERNATIONAL UNION OF NORTH AMERICA, AFL-CIO,

    Plaintiffs,

v.

WMRA, INC.,

    Defendant.

Case No. 1:18-cv-00512-GJQ-RSK

Hon. Gordon J. Quist

## ORDER

Based on the Stipulation filed by the parties, it is hereby ordered that Defendant shall file its answer to Plaintiffs' complaint on or before July 12, 2018.

Dated: July 6, 2018

/s/ Gordon J. Quist
Honorable Gordon J. Quist
United States District Judge