UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHIGAN LABORERS' PENSION FUND, TRUSTEES OF; MICHIGAN LABORERS' HEALTH CARE FUND, TRUSTEES OF; MICHIGAN LABORERS' VACATION FUND, TRUSTEES OF; MICHIGAN LABORERS' TRAINING & APPRENTICESHIP FUND, TRUSTEES OF; MICHIGAN LABORERS' ANNUITY FUND, TRUSTEES OF; MICHIGAN LABORERS' AND EMPLOYERS' COOPERATION AND EDUCATION TRUST FUND, TRUSTEES OF; MICHIGAN LABORERS' DISTRICT COUNCIL OF THE LABORERS' INTERNATIONAL UNION OF NORTH AMERICA, AFL-CIO,

Case No. 1:18-cv-00512

U.S. District Judge
 Gordon J. Quist

U.S. Magistrate Judge
 Ray Kent

Plaintiffs,

v.

WMRA, INC.,

Defendant.
_____

**ORDER REQUIRING DEFENDANT'S AGENT TO SUBMIT TO A CREDITOR'S EXAMINATION AND RESTRAIN THE TRANSFER OF DEFENDANT'S NON-EXEMPT ASSETS**

This matter having come before the Court on Plaintiffs' Motion for an Order Requiring Defendant's Agent to Submit to a Creditor's Examination, and Restrain the Transfer of Defendant's Non-Exempt Assets, and the Court having considered

1

the pleadings and papers being fully informed of the premises, the Court now enters the following Order:

    1.    IT IS ORDERED that Plaintiffs' motion is GRANTED.

    2.    IT IS FURTHER ORDERED that Douglas Blouw shall appear virtually, via Zoom (Meeting Link: https://zoom.us/j/97871345467 Meeting ID: 978 7134 5467), at 10:00 a.m. on _____June 4,_____, 2021, to be examined under oath concerning the income, property or other means of satisfying the October 7, 2019 Order for Default Judgment Against WMRA, Inc. (R38) in this matter ("Exam").

    3.    IT IS FURTHER ORDERED that Douglas Blouw shall provide, prior to the Exam, the following books, records and other papers in his possession, custody or control and all other documents showing the assets of Defendant.

    (a)    All registrations, certificates of ownership, contracts, leases or other documents showing that WMRA, Inc. owns, leases or is purchasing vehicles.

    (b)    All documents showing any liens or security interest in vehicles that WMRA, Inc. leases or is purchasing.

    (c)    All deeds, purchase agreements, mortgages, closing documents and all other documents showing any real or personal property that WMRA, Inc. owns or is in the process of purchasing.

    (d)    For the period of January 1, 2014 to present, all documents showing the

2

existence and current balances of any savings accounts, checking accounts, money market accounts, certificates of deposit, mutual funds or any other type of financial account in the name of WMRA, Inc. alone or with any other individual(s) or entities.

(e) All documents showing deposits and withdrawals made by WMRA, Inc. into or from any savings accounts, checking accounts, certificates of deposit, money market accounts or any other financial account since January 1, 2014, and copies of all canceled checks written by WMRA, Inc. since that date.

(f) All documents showing whether WMRA, Inc. closed any savings accounts, checking accounts, certificates of deposit, money market accounts or any other financial accounts since January 1, 2014 and any money in account when closed.

(g) All federal and state income tax returns filed by WMRA, Inc. for 2014 to present.

(h) Copies of all insurance contracts to which WMRA, Inc. has been a party since January 2014.

(i) All documents showing any compensation or other monies paid to WMRA, Inc. since January 1, 2014.

(j) All documents showing the shares of stock held by WMRA, Inc. and their value since January 1, 2014 and any documents showing the sales of any shares of stock since January 1, 2014.

(k) All credit card statements issued to WMRA, Inc. from January 2014 to the present.

(l) All documents showing any corporate bonds, municipal bonds, U.S. Savings Bonds, U.S. Treasury Bonds or Notes or any other bonds or notes and their value held or sold by WMRA, Inc. since January 1, 2014.

(m) All documents showing the ownership of anything of value by WMRA, Inc. since January 1, 2014.

(n) All documents showing debts owed by or to WMRA, Inc., including WMRA, Inc.'s receivables, and all documents showing the name and address of the person or entity that owes WMRA, Inc. money or is owed money by WMRA, Inc.

(o) All documents showing the transfer of any real or personal property of WMRA, Inc. to any other person or entity since January 1, 2014.

(p) All documents since January 1, 2014 showing any attempt by WMRA, Inc. to obtain a loan and the nature of any such loan which was sought or obtained, including the loan application, correspondence, closing documents, documents showing the assets and debts of WMRA, Inc., documents showing collateral used to support the loan application and/or obtain the loan, etc.

(q) All documents showing expenses of WMRA, Inc., including automobile, property and workers' compensation insurance, utilities, telephone, mortgage payments, automobile and equipment, real estate taxes, payments, etc.

since January 1, 2014 and how those expenses were paid (i.e., check, credit card, money order etc.).

  (r) All financial statements, profit and loss statements and balance sheets for WMRA, Inc. since January 1, 2014.

  (s) All of WMRA, Inc.'s invoices for the period of January 1, 2014 to the present.

  (t) All contracts covering WMRA, Inc.'s current work or future work that it has been retained to perform.

  (u) For the period of January 1, 2014, all bids for work made by WMRA, Inc.

  (v) All documents that show the identity of all businesses in which Douglas Blouw (or any other officer or shareholder of WMRA, Inc.) is an officer, director or owner/shareholder, the nature of the business and Mr. Blouw interest therein.

  (w) All contracts of purchase, sale, bills of sale, certificates of title and deeds, and all other evidences of title or instruments of whatsoever kind or nature, relating to the purchase, sale or ownership of any property, real or personal, or any interest therein, purchased, sold or owned by or on behalf of Defendant at any time during the period of January 1, 2014 to present.

  4. IT IS FURTHER ORDERED that both Defendant and its officers, directors, employees and agents, and any third party who is served with a true and

entered copy of this Order, are restrained from transferring or disposing of any property of Defendant, whether now owned, or hereafter acquired by, or becoming due to Defendant, except for the purposes of partial or full satisfaction of the October 7, 2019 Default Judgment in this matter or for reasonable and necessary expenses incurred in the ordinary course of business, until further order of this Court. This Order does not apply to property exempt by law from application to the satisfaction of the Default Judgment.

Hon. _____Ray Kent_____
United States Magistrate Judge

Dated: May 5, 2021